1 | Steve W. Berman (*pro hac vice*)
    steve@hbsslaw.com
2 | HAGENS BERMAN SOBOL SHAPIRO LLP
    1918 Eighth Avenue, Suite 3300
3 | Seattle, WA 98101
    Telephone: (206) 623-7292
4 | Facsimile: (206) 623-0594

5 | Martis Ann Alex (SBN 77903)
    malex@labaton.com
6 | Daniel R. Leathers (*pro hac vice*)
    dleathers@labaton.com
7 | Brian R. Morrison (*pro hac vice*)
    bmorrison@labaton.com
8 | LABATON SUCHAROW LLP
    140 Broadway
9 | New York, NY 10005
    Telephone: (212) 907-0700
10 | Facsimile: (212) 818-0477

11 | *Counsel for Plaintiffs*

12 | [Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANIEL CHESLER, MATTHEW KANG, CHRISTINE AND NICHOLAS MESSINA, and JANINE LOVUOLO, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, INC. and KIA MOTORS AMERICA, INC.,<br><br>Defendants. | No. 8:15-cv-01988-AB-MRW<br><br>Hon. André Birotte Jr.<br><br>**PLAINTIFF MATTHEW KANG'S NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Matthew Kang, one of the putative class representatives in the above-captioned matter, hereby voluntarily dismisses his claims against all defendants pursuant to Rule 41(a)(1)(A)(i).

All other putative class representatives maintain their claims as alleged.

Dated: March 8, 2016

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Steve W. Berman*
Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Lee M. Gordon (SBN 174168)
Elaine T. Byszewski (SBN 222304)
301 N. Lake Avenue, Suite 203
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
lee@hbsslaw.com
elaine@hbsslaw.com

Martis Ann Alex (SBN 77903)
Daniel R. Leathers (*pro hac vice*)
Brian R. Morrison (*pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
malex@labaton.com
dleathers@labaton.com
bmorrison@labaton.com

*Counsel for Plaintiffs*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I hereby certify that on March 8, 2016, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

                                        */s/ Steve W. Berman*
                                        STEVE W. BERMAN